UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard Hollman,

Plaintiff,

vs.

Hanger Orthopedic Group, Inc., a foreign corporation, and Hanger Prosthetics & Orthopedics East, Inc., a foreign corporation,

Defendants.

Court File No.: 02-221 MJD/JGL

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that the time within which Defendants Hanger Orthopedic Group, Inc. and Hanger Prosthetics & Orthopedics East, Inc. shall answer or otherwise respond to Plaintiff's Complaint may be extended to March 22, 2002.

Dated: 3/1/02

JOHN A. FABIAN
*NICHOLS, KASTER & ANDERSON*
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

***Attorneys for Planitiff.***

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: March 1, 2002

Susan K. Fitzke
JAMES F. ROEGGE
SUSAN K. FITZKE
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants***

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendants shall answer or otherwise respond to the Plaintiff's Complaint through March 22, 2002.

Dated: MAR 8/2002

**Hon. Johathan G. Lebedoff**
United States Magistrate Judge

947917.1