**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard Hollman,

Plaintiff,

vs.

Hanger Orthopedic Group, Inc., a foreign corporation, and Hanger Prosthetics & Orthopedics East, Inc., a foreign corporation,

Defendants.

Court File No.: 02-221 MJD/JGL

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Richard Hollman and Defendants Hanger Orthopedic Group, Inc. and Hanger Prosthetics & Orthotics East, Inc., through their respective counsel, that all claims in the above-entitled litigation shall be, and the same are hereby, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

Dated: ~~July~~ August 6, 2002

John A. Fabian, III
*NICHOLS, KASTER & ANDERSON*
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

***Attorneys for Plaintiff***

FILED 8-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 8-12-02
DEPUTY CLERK

Date: July 29, 2002

Susan K. Fitzke

**JAMES F. ROEGGE**
**SUSAN K. FITZKE**
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by Plaintiff Richard Hollman and Defendants Hanger Orthopedic Group, Inc. and Hanger Prosthetics & Orthotics East, Inc., and upon all of the files, records and proceedings herein:

**IT IS HEREBY ORDERED:** That all claims asserted by Richard Hollman in the above-entitled action are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 8-12-02

THE HONORABLE MICHAEL J. DAVIS
United States District Court Judge

980917.1